Soo Hoo Tan and Another, Individually and as Copartners, etc., v. Hamilton Fire Insurance Company, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Frank E. Lonas v. Layman Pressed Rod Company, Inc., and Others.— Motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Roger Dunscombe and Others v. Fidelity and Deposit Company of Maryland.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Svenska Taendsticks Fabrik Aktiebolaget (Hereinafter Referred to as "The Swedish Match Company") and Ernst Lyberg and Others v. Bankers Trust Company of New York and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, O'Malley, Townley and Glennon, JJ.

County Sand and Stone Corporation v. Columbia Engineering & Contracting Co., Inc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Arbitration of and Concerning Certain Matters in Dispute between Sidney J. Hamilton and General Outdoor Advertising Co., Inc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Detlef C. Mohr v. J. C. Penney Company, Inc., Impleaded with United States Fidelity and Guaranty Company and The Bank of America National Association.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley and Glennon, JJ.

United States Distributing Company of New York v. Schenley Wine and Spirit Import Corporation and Schenley Distillers Corporation. George H. Jackson v. Schenley Import Corporation.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of Irving Trust Company, as Substituted Trustee, etc., of Frederic K. Agate, Deceased, for Instructions as to Making Investments of Trust Funds as to the Validity, Construction or Effect of the Will of the Said Decedent with Respect Thereto. Mary Virginia Smith, an Incompetent Person, and Others. Irving Trust Company and Another.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [See 242 App. Div. 811.]

Uday Shan-Kar v. Solomon Hurck and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.